PAUL M. WARNER, United States Attorney (#3389)
LESHIA M. LEE-DIXON, Assistant United States Attorney (#5871)
BRETT TOLMAN, Assistant United States Attorney
185 South State Street, #400
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED
CLERK U.S. DISTRICT COURT
20) SEP 00 PM 3: 50
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | 2:00CR-0440 |
|---|---|---|
| Plaintiff, | : | INDICTMENT |
| Vs. | : | VIO. 18 U.S.C. § 922(g)(1), POSSESSION OF A FIREARM AND AMMUNITION BY A CONVICTED FELON; 21 U.S.C. § 841(a)(1), POSSESSION WITH INTENT TO DISTRIBUTE; 18 U.S.C. § 924(c), POSSESSION OF FIREARM IN FURTHERANCE OF DRUG TRAFFICKING OFFENSE |
| JASON COWDELL, DOROTHY MORAN, | : | |
| Defendants. | : | |

The Grand Jury Charges:

COUNT 1
(18 U.S.C. § 922(g)(1))

On or about September 15, 2000, in the Central Division of the District of Utah,

JASON COWDELL

the defendant herein, having been convicted of a crime punishable by imprisonment for more than one (1) year, did knowingly possess in and affecting interstate commerce, a firearm and ammunition,

14

to wit: two 9 mm handguns with ammunition; all in violation of 18 U.S.C. § 922(g)(1).

## COUNT 2
## (18 U.S.C. § 922(n))

On or about September 15, 2000, in the Central Division of the District of Utah,

### DOROTHY B. MORAN

defendant herein, having been under indictment or information for a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess in and affecting interstate commerce, a firearm and ammunition, to wit: two 9 mm handguns with ammunition; all in violation of 18 U.S.C. § 922(n).

## COUNT 3

## (21 U.S.C. § 841(a)(1))

On or about September 15, 2000, in the Central Division of the District of Utah,

### JASON COWDELL,
### DOROTHY B. MORAN

the defendants herein, did knowingly and intentionally possess with intent to distribute 5 grams of methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, and aided and abetted therein as defined in 18 U.S.C. § 2; all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

COUNT 4
(18 U.S.C. § 924(c))

On or about September 15, 2000, in the Central Division of the District of Utah,

JASON COWDELL,
DOROTHY B. MORAN

the defendants herein, did knowingly possess a firearm in furtherance of a drug trafficking crime, to wit: possession with intent to distribute methamphetamine, a Schedule II controlled substance, a violation of 21 U.S.C. § 841(a)(1), as alleged in Count 3 of this Indictment, which Count 3 is incorporated herein by reference, and did aid and abet therein; all in violation of 18 U.S.C. § 924(c) and § 2.

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY


PAUL M. WARNER
UNITED STATES ATTORNEY

_____
LESHIA M. LEE-DIXON
Assistant United States Attorney